February 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LORETTA BRANCH, GRAYLYN JUDKINS, AND WANDA FORD, Appellants

NO. 14-12-01019-CV                              V.

MONUMENTAL LIFE INSURANCE COMPANY, SHEILA THOMPSON
A.K.A. SHEILA BRANCH A.K.A. SHEILA HOWARD THOMPSON,
EDWARD BRANCH SR., AND ROY BRANCH, Appellees

_____

This cause, an appeal from the judgment signed October 15, 2012 against appellant Loretta Branch, was heard on the transcript of the record. We **DISMISS** Wanda Ford's appeal for want of prosecution and **DISMISS** Graylyn Judkins's appeal for want of jurisdiction. As for Loretta Branch's appeal, we have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Loretta Branch to pay all costs incurred in this appeal.

We further order this decision certified below for observance.